Mark A. Finkelstein (State Bar No. 173851)
mafinkelstein@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorney for Plaintiff
ENTREPRENEUR MEDIA, INC.

FILED
2013 FEB 12 PM 3:38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ENTREPRENEUR MEDIA, INC., a California corporation,

Plaintiff,

v.

NASHVILLE ENTREPRENEUR CENTER, a Tennessee organization,

Defendant.

**CASE NO. SACV13-00248 DOC (MLGx)**

**COMPLAINT FOR:**

**(1) FEDERAL TRADEMARK INFRINGEMENT;**

**(2) FALSE DESIGNATION OF ORIGIN;**

**(3) CALIFORNIA UNFAIR COMPETITION; AND**

**(4) COMMON LAW TRADEMARK INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

COPY BY FAX

Plaintiff Entrepreneur Media, Inc. ("EMI" or "Plaintiff"), for its Complaint against Nashville Entrepreneur Center ("Defendant") alleges as follows:

**JURISDICTION AND VENUE**

1. EMI brings this action for injunctive relief and damages for federal trademark infringement and false designation of origin, as well as unfair competition under California law. This Court has subject matter jurisdiction over the federal question claims pursuant to 28 U.S.C. § 1331 and 1338(a). This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1338(b) and 1367(a).

2. The Defendant, through its Internet presence, conducts business within the State of California and this District and provides services in the State of California and this District. Defendant has applied for a United States federal trademark registration based on actual use of the mark ENTREPRENEURCENTER in commerce throughout the United States, including California.

3. On information and belief, Defendant is subject to this Court's personal jurisdiction in that it: (1) transacts business within the State of California and this District, (2) has committed the tortious acts specified herein within the State of California and this District, (3) has committed tortious acts within the State of California causing injury to persons or property within the State of California and this District, and (4) has purposefully availed itself of the privilege of doing business within the State of California.

4. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(2) because the wrongful acts alleged herein have been committed in this District.

**THE PARTIES**

5. EMI is a California corporation with its principal place of business at 2445 McCabe Way, Suite 400, Irvine, California 92614.

6. On information and belief, Defendant is a Tennessee corporation with its principal place of business at 105 Broadway, Suite 200, Nashville, TN 37201.

Defendant is the applicant for a United States federal trademark registration for ENTREPRENEURCENTER. On information and belief, Defendant owns and/or controls the website located at the domain <entrepreneurcenter.com>(the "Infringing Website").

**FACTUAL BACKGROUND**

***EMI's Trademark Rights***

7. EMI is a well-known publisher of magazines and business guides, including ENTREPRENEUR® magazine and other publications incorporating the ENTREPRENEUR® trademark (the "ENTREPRENEUR Mark") in their titles. ENTREPRENEUR® magazine is published monthly with a current paid circulation, including both subscriptions and newsstand sales, of more than 600,000. ENTREPRENEUR® magazine is sold and currently distributed in over 100 foreign countries.

8. Beginning in 1978, EMI has continuously used the ENTREPRENEUR Mark to identify the source of its editorial and advertising content as marketed, sold and distributed through the numerous media outlets it owns, as well as through third-party media outlets, including in or through print publications such as magazines, business guides and other books, seminars and other educational events, and throughout the World Wide Web. EMI has prominently displayed the ENTREPRENEUR Mark on its letterhead, promotional literature, and media advertising, and in books and periodicals circulated throughout the United States and worldwide.

9. In addition to providing the goods and services described above, EMI also owns and operates a number of websites, including its flagship website at <www.entrepreneur.com>(the "E.com Site"), through which it disseminates its editorial content and other information, as well as offers of products and services related or of interest to businesses, business owners, and prospective business

owners, and which averages over 7 million unique visitors per month and over 57 million page views per month.

10. EMI owns all rights, title and interest in and to the ENTREPRENEUR Mark for various goods and services in a number of International Classes, including Classes 16, 35, 38, and 41. EMI owns, *inter alia*, the following United States Trademark Registration Nos. for the ENTREPRENEUR Mark: 1,453,968; 4,260,948; 2,502,032; and 2,263,883. These registrations are valid and subsisting and in full force and effect. True and correct copies of the registration certificates for the cited registrations are attached hereto as **Exhibit A**.

11. Additionally, EMI owns, *inter alia*, all rights and interest to the following United States Trademark Registration Nos. for marks incorporating the term "ENTREPRENEUR" for use in connection with its various media outlets, including printed and digitized books and online and/or Internet services: 3,470,064; 3,519,022; 3,470,063; 3,266,532; 3,374,476; 3,652,950; and 3,204,899. These registrations are valid and subsisting and in full force and effect. True and correct copies of the registration certificates for the cited registrations are attached hereto as **Exhibit B**.

12. EMI has continuously and extensively used, advertised, marketed, and promoted the ENTREPRENEUR Mark in the United States and many foreign countries in connection with its goods and services, including its magazine and other publications. EMI has spent millions of dollars and has expended significant effort in promoting its goods and services under the ENTREPRENEUR Mark through various means, including the E.com Site. As a result of EMI's substantial investment in developing and promoting the ENTREPRENEUR Mark, the ENTREPRENEUR Mark has come to identify and distinguish EMI's goods and services and represents enormous goodwill of great value belonging exclusively to EMI.

13. EMI's monthly ENTREPRENEUR® magazine has been continuously published under the ENTREPRENEUR Mark in print for over thirty years and on the E.com Site for over a decade.

***The Defendant's Infringing Acts***

14. Defendant owns and operates the "Infringing Website" at the domain name located at the following internet address: <*http://www.entrepreneurcenter.com*> (the "Infringing Domain Name").

15. Defendant uses the Infringing Domain Name to drive traffic to the Infringing Website and to disseminate content under the trade name "EntrepreneurCenter" on the Infringing Website. Both the Infringing Domain Name and Defendant's trade name encompass the ENTREPRENEUR Mark in its entirety. Upon information and belief, Defendant uses the Infringing Website to sell content and promote and raise money for its services. Defendant's website is interactive in that, *inter alia*, it allows users to gain access to certain content only by creating a user account and signing up for a membership with Defendant.

16. The Infringing Website features content that is confusingly similar to the content offered by EMI in its magazines and other print publications, as well as on the E.com Site. This content includes a link entitled "EC Toolkit," which features information on topics of interest to business owners and prospective business owners; a link to upcoming "Events," such as seminars and conferences regarding business- and entrepreneurship-related topics; and, in general, articles, columns, and blogs regarding business strategy and entrepreneurship. A true and correct copy of the home page of the Infringing Website is attached hereto as **Exhibit C.**

17. The layout and look of the Infringing Website is very similar to the layout and look of the E.com Site. For example, the E.com Site and the Infringing Website both prominently display the ENTREPRENEUR Mark in large font at the upper left corner of the page, and both websites display under the

ENTREPRENEUR Mark a horizontal menu bar across the top of the main page, which lists the different categories of content offered on the website. The E.com Site and the Infringing Website also use similar formats of a white background with dark blue and gray complements, and both sites organize content in a similar manner. These features, among others, give the Infringing Website a look and feel that is confusingly similar to the E.com Site. A true and correct copy of the home page of the E.com Site is attached hereto as **Exhibit D.**

18. The content published on the Infringing Website is similar to the content published on the E.com Site. Both websites offer content concerning topics of interest to business owners and prospective business owners. Additionally, the E.com Site and the Infringing Website both feature columns and blogs, in which entrepreneurs provide business advice and articles on business-related topics.

19. The Defendant's unauthorized use of the ENTREPRENEUR Mark in the Infringing Domain Name and on the Infringing Website falsely implies that the Infringing Website is associated or affiliated with, or approved by, EMI.

20. The Defendant's unauthorized use of the ENTREPRENEUR Mark in the Infringing Domain Name and on the Infringing Website is likely to cause confusion or mistake as to the source or sponsorship, affiliation with, or endorsement of, the Infringing Website and the related services and content thereon.

21. Defendant has also applied for a federal registration for the design mark ENTREPRENEURCENTER (the "Infringing Mark") covering the following services in class 35: "Business development services, namely, providing start-up support for businesses of others; business support services, namely, business consulting to freelancers, start-ups, existing businesses and non-profit organizations; incubation services, namely, providing work space containing business equipment to freelancers, start-ups, existing businesses and non-profits; and management services, namely, on-line business development services, namely,

providing start-up support for businesses of others." A true and correct copy of the Trademark Status and Document Retrieval copy of this application is attached as **Exhibit E**.

22. On information and belief, the Infringing Domain Name and Infringing Website are being used in violation of the Lanham Act. Both the Infringing Domain Name and Infringing Website divert consumers from EMI's online sites, such as the E.com Site and others, by creating a likelihood of confusion as to whether EMI is the source or sponsor of, is affiliated with, or endorses the Infringing Website and the related services and content thereon.

23. Upon information and belief, and despite having knowledge of Plaintiff's rights in the ENTREPRENEUR Mark, Defendant adopted and used the ENTREPRENEUR Mark in connection with the Infringing Domain Name and Infringing Website, and applied for a federal registration of the Infringing Mark encompassing the ENTREPRENEUR Mark.

24. Upon information and belief, Defendant's services offered on the Infringing Website are marketed, sold, and otherwise distributed in the same channels of trade and to the same classes of customers and end-users as the goods and services marketed, sold, and otherwise distributed by Plaintiff under the ENTREPRENEUR Mark and through Plaintiff's print and online media outlets, including ENTREPRENEUR® magazine and the E.com Site.

25. Upon information and belief, Defendant's use and threatened continued use of the ENTREPRENEUR Mark have been willful.

26. On November 22, 2011, counsel for EMI sent a letter to Defendant demanding, among other things, that Defendant cease its infringement of the ENTREPRENEUR Mark. Defendant responded through counsel by letter to counsel for EMI, stating an intent to continue using the Infringing Mark on the Infringing Website and to continue seeking a U.S. federal registration for the Infringing Mark.

27. Defendant's willful infringement of EMI's intellectual property has caused, and is continuing to cause, EMI to suffer serious and irreparable injury.

**COUNT I - INFRINGEMENT OF A FEDERALLY REGISTERED TRADEMARK**

**(15 U.S.C. § 1114)**

28. Plaintiff incorporates and realleges by reference paragraphs 1 through 27 as though set forth in full herein.

29. Defendant's use of the ENTREPRENEUR Mark on the Infringing Website in connection with the marketing, sale, and distribution of the same or similar services as offered by EMI under the ENTREPRENEUR® Mark directly infringes the ENTREPRENEUR Mark in violation of the Lanham Act, 15 U.S.C. § 1114.

30. Defendant's use of the ENTREPRENEUR Mark in the Infringing Domain Name and on the Infringing Website creates a likelihood of confusion, mistake, and/or deception as to the affiliation, connection, association, origin, sponsorship, approval, commercial activities, nature, characteristics, and qualities of the Infringing Website, and the services offered on the Infringing Website.

31. Because of Defendant's unlawful acts, EMI has suffered and continues to suffer injury, and is entitled to recover all damages it sustained and all profits realized by Defendant as a result of those unlawful actions, as well as EMI's costs of suit, pursuant to 15 U.S.C. § 1117.

32. Upon information and belief, Defendant's unlawful actions, as above-described, were and continue to be willful, deliberate, and fraudulent, with the result that Plaintiff is entitled to treble damages and an award of reasonable attorneys' fees against Defendant, pursuant to 15 U.S.C. § 1117.

**COUNT II – FALSE DESIGNATION OF ORIGIN**

**(15 U.S.C. § 1125)**

33. Plaintiff incorporates and realleges by reference paragraphs 1 through 32 as though set forth in full herein.

34. Defendant's use of the ENTREPRENEUR Mark in the Infringing Domain Name and on the Infringing Website creates a likelihood of confusion, mistake, and/or deception as to the affiliation, connection, association, origin, sponsorship, approval, commercial activities, nature, characteristics, and qualities of the Infringing Website, and the services offered on the Infringing Website, in violation of the Lanham Act, 15 U.S.C. § 1125.

35. Because of Defendant's unlawful acts, EMI has suffered and continues to suffer injury, and is entitled to recover all damages it sustained and all profits realized by Defendants as a result of those unlawful actions, as well as EMI's costs of suit, pursuant to 15 U.S.C. § 1117.

36. Upon information and belief, Defendant's unlawful actions, as above-described, were and continue to be willful, deliberate, and fraudulent, with the result that Plaintiff is entitled to treble damages and an award of reasonable attorneys' fees against Defendant, pursuant to 15 U.S.C. § 1117.

**COUNT III – UNFAIR COMPETITION**

**(Cal. Bus. & Prof. Code §§ 17200, *et seq.*)**

37. Plaintiff incorporates and realleges by reference paragraphs 1 through 36 as though set forth in full herein.

38. Defendant's acts, as described above, constitute unlawful, unfair, and fraudulent business practices pursuant to California Business & Professions Code Sections 17200, *et seq*.

39. Plaintiff has been damaged and will continue to be damaged by Defendant's unlawful, unfair, and fraudulent business practices, as described above. Accordingly, Plaintiff is entitled to an injunction prohibiting Defendant from

continuing the practices described above, and restitution of all amounts acquired by Defendant by means of such wrongful acts.

**COUNT IV – COMMON LAW TRADEMARK INFRINGEMENT**

40. Plaintiff incorporates and realleges by reference paragraphs 1 through 39 as though set forth in full herein.

41. Plaintiff has valid and protectable common law rights in the ENTREPRENEUR Mark.

42. Defendant's use of the ENTREPRENEUR Mark in the Infringing Domain Name and on the Infringing Website creates a likelihood of confusion, mistake, and/or deception as to the affiliation, connection, association, origin, sponsorship, approval, commercial activities, nature, characteristics, and qualities of the Infringing Website, and the services offered on the Infringing Website, in violation of Plaintiff's common law trademark rights.

43. Because of Defendant's unlawful acts, EMI has suffered and continues to suffer injury, and is entitled to recover all damages it sustained and all profits realized by Defendant as a result of those unlawful actions.

**PRAYER FOR RELIEF**

Wherefore, EMI prays for judgment as follows:

a. That Defendant be ordered to account to EMI for all of its revenues generated in connection with any and all activity relating to its use of the ENTREPRENEUR Mark on the Infringing Website and in any other manner;

b. That EMI be awarded any and all damages it sustained as a result of Defendant's wrongful and unlawful acts as described herein;

c. That, pursuant to 15 U.S.C. § 1117, EMI be awarded any and all revenues realized by Defendant as a result of Defendant's wrongful and unlawful acts as described herein;

d. That EMI be awarded treble damages pursuant to 15 U.S.C. § 1117;

e. That this Court enter an order that restrains and preliminarily enjoins, and a Final Order that permanently enjoins, Defendant, its officers, agents, servants, employees, and attorneys and all persons acting in active concert or participation with any of them, from infringing EMI's trademarks, including through the Domain Name, and from attempting to register the Infringing Mark;

f. That EMI be awarded its costs and attorneys' fees pursuant to 15 U.S.C. § 1117; and

g. That EMI be granted any and such further relief as the Court deems to be just and proper.

Dated: February 12, 2013

JONES DAY

By: ______________________
Mark A. Finkelstein

Attorney for Plaintiff
ENTREPRENEUR MEDIA, INC.

**JURY DEMAND**

Plaintiff requests a trial by jury on all claims so triable.

Dated: February 12, 2013

JONES DAY

By: ______________________
Mark A. Finkelstein

Attorney for Plaintiff
ENTREPRENEUR MEDIA, INC.

# EXHIBIT A

**Int. Cls.: 9 and 16**

**Prior U.S. Cl.: 38**

**Reg. No. 1,453,968**

# United States Patent and Trademark Office

**Registered Aug. 25, 1987**

## TRADEMARK
## PRINCIPAL REGISTER

## ENTREPRENEUR

ENTREPRENEUR, INC. (CALIFORNIA CORPORATION)
2311 PONTIUS AVENUE
LOS ANGELES, CA 90064

FOR: COMPUTER PROGRAMS AND PROGRAMS USER MANUALS ALL SOLD AS A UNIT, IN CLASS 9 (U.S. CL. 38).

FIRST USE 5-19-1983; IN COMMERCE 5-19-1983.

FOR: PAPER GOODS AND PRINTED MATTER; NAMELY MAGAZINES, BOOKS AND PUBLISHED REPORTS PERTAINING TO BUSINESS OPPORTUNITIES, IN CLASS 16 (U.S. CL. 38).

FIRST USE 5-2-1978; IN COMMERCE 5-2-1978.

OWNER OF U.S. REG. NOS. 1,130,838, 1,223,364 AND OTHERS.

SEC. 2(F) ONLY AS TO CLASS 16 GOODS.

SER. NO. 537,579, FILED 5-14-1985.

G. T. GLYNN, EXAMINING ATTORNEY

# United States of America

United States Patent and Trademark Office

# ENTREPRENEUR

**Reg. No. 4,260,948**

**Registered Dec. 18, 2012**

**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: STREAMING OF VIDEO AND DIGITAL MATERIAL ON THE INTERNET, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-0-2007; IN COMMERCE 8-0-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,263,883, 3,519,022 AND OTHERS.

SER. NO. 85-607,634, FILED 4-25-2012.

PAUL E. FAHRENKOPF, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**Int. Cls.: 35 and 41**

**Prior U.S. Cls.: 100, 101, 102 and 107**

**Reg. No. 2,502,032**
**Registered Oct. 30, 2001**

**United States Patent and Trademark Office**

**SERVICE MARK**
**PRINCIPAL REGISTER**

**ENTREPRENEUR**

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 927146324

FOR: ARRANGING AND CONDUCTING TRADE SHOW EXHIBITIONS IN THE FIELD OF ENTREPRENEURIAL ACTIVITIES, NAMELY THE START-UP AND OPERATION OF SMALL BUSINESS ENTERPRISES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-18-1991; IN COMMERCE 10-18-1991.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING SEMINARS ON THE DEVELOPMENT AND OPERATION OF BUSINESSES, AND CONDUCTING WORK SHOPS ON COMPUTER TECHNOLOGY, TELECOMMUNICATIONS, MARKETING, FINANCING OPTIONS, REAL ESTATE MANAGEMENT, TAX PLANNING AND INSURANCE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-18-1991; IN COMMERCE 10-18-1991.

SEC. 2(F).

SER. NO. 76-159,837, FILED 11-6-2000.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 2,263,883**

## United States Patent and Trademark Office

**Registered July 27, 1999**

**SERVICE MARK**
**PRINCIPAL REGISTER**

# ENTREPRENEUR

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2392 MORSE AVENUE
IRVINE, CA 927146234

FOR: ADVERTISING AND BUSINESS SERVICES, NAMELY, ARRANGING FOR THE PROMOTION OF THE GOODS AND SERVICES OF OTHERS BY MEANS OF A GLOBAL COMPUTER NETWORK AND OTHER COMPUTER ONLINE SERVICES PROVIDERS; PROVIDING BUSINESS INFORMATION FOR THE USE OF CUSTOMERS IN THE FIELD OF STARTING AND OPERATING SMALL BUSINESSES AND PERMITTING CUSTOMERS TO OBTAIN INFORMATION VIA A GLOBAL COMPUTER NETWORK AND OTHER COMPUTER ONLINE SERVICE PROVIDERS AND; WEB ADVERTISING SERVICES, NAMELY, PROVIDING ACTIVE LINKS TO THE WEBSITES OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-0-1992; IN COMMERCE 7-0-1992.

OWNER OF U.S. REG. NOS. 1,130,838, 1,453,968 AND OTHERS.

SER. NO. 75-018,382, FILED 11-13-1995.

JAN HOLLAND-CHATMAN, EXAMINING ATTORNEY

# EXHIBIT B

**Int. Cls.: 16 and 35**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 102**

**Reg. No. 3,470,064**

**United States Patent and Trademark Office** **Registered July 22, 2008**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

ENTREPRENEUR PRESS

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, BOOKS, MANUALS, PREPARED REPORTS, WORK BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS, AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-0-1999; IN COMMERCE 4-0-1999.

FOR: ON-LINE ORDERING SERVICES FEATURING PRINTED AND ELECTRONICALLY DOWNLOADABLE PUBLICATIONS, NAMELY, BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS, CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-1999; IN COMMERCE 4-0-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRESS", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ENTREPRENEUR".

SER. NO. 76-679,564, FILED 7-16-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

**Int. Cls.: 9, 35 and 38**

**Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, 102 and 104**

**Reg. No. 3,519,022**

**United States Patent and Trademark Office** **Registered Oct. 21, 2008**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

ENTREPRENEUR.COM

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: DOWNLOADABLE PODCASTS IN THE FIELD OF BUSINESS, CURRENT EVENTS, LIFESTYLE ISSUES, AND DEVELOPMENTS IN SCIENCE AND TECHNOLOGY , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-2002; IN COMMERCE 9-0-2002.

FOR: PROVIDING BUSINESS INFORMATION AND ADVICE VIA A WEB SITE ON A GLOBAL COMPUTER NETWORK, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-2002; IN COMMERCE 9-0-2002.

FOR: BROADCASTING PROGRAMS VIA A GLOBAL COMPUTER NETWORK; AND STREAMING OF AUDIO AND VIDEO MATERIAL VIA THE INTERNET; TELECOMMUNICATIONS SERVICES, NAMELY, TRANSMISSION OF PODCASTS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-0-2002; IN COMMERCE 9-0-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968, 2,263,883, AND 2,502,032.

SEC. 2(F).

SER. NO. 77-226,387, FILED 7-10-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

**Int. Cls.: 16 and 35**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 102**

**Reg. No. 3,470,063**

**United States Patent and Trademark Office**

**Registered July 22, 2008**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, BOOKS, MANUALS, PREPARED REPORTS, WORK BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS, AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-0-2002; IN COMMERCE 1-0-2002.

FOR: ON-LINE ORDERING SERVICES FEATURING PRINTED AND ELECTRONICALLY DOWNLOADABLE PUBLICATIONS, NAMELY, BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS, CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-0-2002; IN COMMERCE 1-0-2002.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRESS", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ENTREPRENEUR".

SER. NO. 76-679,563, FILED 7-16-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101, and 102**

**Reg. No. 3,266,532**

**United States Patent and Trademark Office** **Registered July 17, 2007**

**SERVICE MARK**
**SUPPLEMENTAL REGISTER**

ENTREPRENEURENESPANOL.COM

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: ADVERTISING AND BUSINESS SERVICES, NAMELY, ARRANGING FOR THE PROMOTION OF GOODS AND SERVICES OF OTHERS BY MEANS OF A GLOBAL COMPUTER NETWORK AND OTHER COMPUTER ONLINE SERVICE PROVIDERS; PROVIDING BUSINESS INFORMATION FOR THE USE OF CUSTOMERS IN THE FIELD OF STARTING AND OPERATING BUSINESSES AND PERMITTING CUSTOMERS TO OBTAIN THE AFORESAID INFORMATION VIA A GLOBAL COMPUTER NETWORK AND OTHER COMPUTER ONLINE SERVICE PROVIDERS; INTERNET ADVERTISING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY PROVIDING A WEB SITE WITH ACTIVE LINKS TO THEIR WEBSITES FEATURING THEIR GOODS AND SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-13-2006; IN COMMERCE 10-13-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968 AND 2,263,883.

THE ENGLISH TRANSLATION OF THE WORDING "ENESPANOL" IS "IN SPANISH".

SER. NO. 76-670,060, FILED P.R. 12-7-2006; AM. S.R. 5-9-2007.

LINDSEY RUBIN, EXAMINING ATTORNEY

**Int. Cls.: 35 and 38**

**Prior U.S. Cls.: 100, 101, 102, and 104**

**Reg. No. 3,374,476**

**United States Patent and Trademark Office** **Registered Jan. 22, 2008**

## SERVICE MARK
### SUPPLEMENTAL REGISTER

## WOMENENTREPRENEUR.COM

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY, SUITE 400
IRVINE, CA 926146244

FOR: DISSEMINATION OF ADVERTISING FOR OTHERS VIA THE INTERNET; PROVIDING BUSINESS INFORMATION ABOUT SMALL BUSINESS OPERATIONS VIA THE INTERNET; PROVIDING AN ONLINE SEARCHABLE DATABASE FEATURING BUSINESS REPORTS, ADVICE AND INFORMATION REGARDING STARTING AND OPERATING SMALL BUSINESSES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-1-2007; IN COMMERCE 5-1-2007.

FOR: PROVIDING ONLINE ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG COMPUTERS USERS CONCERNING SMALL BUSINESS OPERATIONS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 5-1-2007; IN COMMERCE 5-1-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968, 2,263,883, AND 2,502,032.

SER. NO. 76-678,925, FILED P.R. 6-25-2007; AM. S.R. 10-29-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

**Int. Cl.: 42**

**Prior U.S. Cls.: 100 and 101**

**Reg. No. 3,652,950**
**Registered July 14, 2009**

**United States Patent and Trademark Office**

**SERVICE MARK**
**PRINCIPAL REGISTER**

# ENTREPRENEUR CONNECT

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY, SUITE 400
IRVINE, CA 926146244

FOR: ONLINE BUSINESS NETWORKING SERVICES IN THE NATURE OF CREATING AND HOSTING A COMMUNITY FOR REGISTERED USERS TO CREATE PROFESSIONAL PROFILES, TO PARTICIPATE IN GROUP DISCUSSIONS, TO MAKE BUSINESS CONTACTS, AND TO UPLOAD ONTO THE WEBSITE MATERIALS PROMOTING THEIR BUSINESSES, PRODUCTS AND SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-16-2008; IN COMMERCE 7-16-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENTREPRENEUR", APART FROM THE MARK AS SHOWN.

SER. NO. 76-691,766, FILED 8-1-2008.

KELLY CHOE, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**Reg. No. 3,204,899**

**United States Patent and Trademark Office** **Registered Feb. 6, 2007**

**TRADEMARK**
**PRINCIPAL REGISTER**

ENTREPRENEUR'S STARTUPS

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 926146234

FOR: PAPER GOODS AND PRINTED MATTER; NAMELY, MAGAZINES, BOOKS, BOOKLETS AND PUBLISHED REPORTS PERTAINING TO BUSINESS OPPORTUNITIES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-27-2006; IN COMMERCE 1-27-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968 AND 2,415,429.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STARTUPS", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO ENTREPRENEUR.

SER. NO. 76-657,293, FILED 3-27-2006.

MEGAN WHITNEY, EXAMINING ATTORNEY

# EXHIBIT C



EC Toolkit | Events | Community | Contact Us | Login
EntrepreneurCenter
JOIN TODAY
HOME
ENTREPRENEURS
MENTORS
INVESTORS
STARTUPS
SPONSORS
BLOGS
ABOUT THE EC
TURNING IDEAS INTO REALITY™
We have the resources and the tools. We have the power to build our economy. To make a difference. To leave a legacy. To help one another. Build the American Dream. The Entrepreneur Center is here to help entrepreneurs turn ideas into investable businesses. Join us!

COMMUNITY MEMBERS VIEW ALL »

RECENT NEWS VIEW ALL »

ENTREPRENEUR CENTER NAMES NEXT INCUBATOR CLASS
January 18, 2013
Nashville Business Journalhttp://www....
READ MORE »

UPCOMING EVENTS VIEW ALL »

21 FEB 2013 EC SPRING MENTOR TRAINING

26 FEB 2013 EC MONTHLY COFFEE WITH KATE O'NEILL

The Entrepreneur Center connects Entrepreneurs with Investors, Mentors and the Critical Resources they need to accelerate the launch of startup businesses.

## ENTREPRENEURS

Get the Resources and Education you need to successfully launch your idea.

START TODAY

## MENTORS

Help entrepreneurs with innovative ideas launch exciting new businesses.

TEACH TODAY

## INVESTORS

Learn more about EC Incubator Companies and get access to EC Investable Stories

INVEST TODAY

## SPONSORS

VIEW ALL SPONSORS »

LBMC

CA
CLAYTON
ASSOCIATES

TENNESSEE

EC Sponsors, Partners, and Donors support innovation and entrepreneurship

BECOME A SPONSOR

## STARTUP TN

EC BLOG | MICHAEL'S BLOG | EC TOOLKIT | LEGAL | CONTACT US

**Entrepreneur Center**
105 Broadway, Suite 200, Nashville, TN 37201

JOIN TODAY

615-873-1257

© Copyright 2013 Entrepreneur Center All Rights Reserved.

Website and Development by CentreSource Interactive Agency

# EXHIBIT D



Entrepreneur
Subscribe
Mobile
Bookstore
Log In | Join
Search Entrepreneur
Startups
Run & Grow
Money
Marketing
Technology
Franchises
The 'Treps
Answers
Magazine
Video

Trending Topics: Growth Strategies Time Management Business Ideas Social Media Starting a Business Taxes

TOP STORIES

## 10 Questions to Ask Before Hiring a Small-Business Attorney

A quick guide to finding a legal professional that is the right fit for your business.

What to Ask Before Hiring an Attorney

State of the Union Wishlist

A Glimpse Inside the NY Tech Meetup

Are You Ready for Cyber War?

How to Avoid Burnout

## The Latest

### Negative Nelly Must Be Stopped: How to Make Objective Decisions

1 hour ago in Business Management by Matthew Toren

In running your young company, the decisions you make now could reverberate for years. Here's how to ensure you're making the right ones.

### How to Design a Marketing Strategy

2 hours ago in Marketing Basics by Jay Conrad Levinson and Jeannie Levinson

The business world may be complex, but your marketing strategy doesn't have to be. Use the answers to these seven questions to create an effective action plan.

INSPIRATION STATION
What Inspires These Entrepreneurs

POWERED BY

### retail e-commerce to small shops

Like it or not, the omni-channel retail shopper is here to stay. In fact, in the last stretch of 2012, an industry survey showed that a full 45% of holiday...

10 Questions to Answer When...

- Testing a Business Idea
- Hiring a Webmaster
- Pitching Investors

### 4 Hard Drives to Protect Your Business Data

2 hours ago in Technology by John Patrick Pullen

Back up your bytes and supplement your data storage with these hard drives.

FALLING UPWARD

The right way for entrepreneurs to go wrong

- How Your Failures Can Help You Succeed



### How to Hire Superstar Employees

3 hours ago in Hiring Center by Chris McIntyre

Making sure you hire the best employees -- and the right employees -- for your business isn't a matter of luck. Here are six steps you should take to guarantee you'll land superstar talent.

### Redefining Love at Work: How to Foster a Sense of Connection

3 hours ago in Managing Employees by Nadia Goodman

Why love can make your company more creative and productive, plus four tips to help you lead a more connected workplace.

## Special Reports

REINVENTION 2013
NY Tech Meetup's Jessica Lawrence on the Hottest Ticket in Town

INSIDE THE INCUBATORS
What to Look for in an Accelerator Program
Presented by AA

SHIPPING CENTER
Will You Miss the Mailman on Saturdays? 3 Workarounds to Consider
Presented by
ups

THOUGHT LEADERS
Finding Zen in a Hectic City
Presented by
Disney

### How to Size Images on Social Media: A Cheat Sheet (Infographic)

4 hours ago in Social Media by Samantha Hosenkamp

Take the pain out of adding images to your brand's social media accounts by following this easy guide to sizing images.

### 3 Successful Entrepreneurs Share Their Productivity Secrets

4 hours ago in Productivity by Stephanie Vozza

Grant Cardone, Angela Jia Kim and Amanda Steinberg on their best time management tips.

### How to Design Your Business Logo

15 hours ago in Branding by Entrepreneur Staff

Your logo is the foundation for all your promotional materials, so this is one area where it pays to take the time to get it right.

### Understanding Your 'Unique Selling Proposition'

18 hours ago in Tips from Experts by Entrepreneur Staff

How to figure out what makes your business special and power up your sales.

- 5 Success Stories That Followed Disaster
- Inside Silicon Valley's FailCon

HAVE A QUESTION?

### Ask Entrepreneur

Send in your burning business question, or comment on someone else's, in this forum for and by the Entrepreneur.com community.

Ask Your Question

Presented by SPARK BUSINESS

### Connect with Entrepreneur

+1 32k Recommend on Google

Get Our Top Stories of the Week

Enter email address | Subscribe

### Most Popular

- 4 Business Lessons from Quentin Tarantino Movies
- 10 Questions to Ask Yourself When Testing a Business Idea
- Hunting for Business Ideas? Consider Looking at These 8 Hot Industries
- 3 Apps to Help You Write a Business Plan
- What Type of Entrepreneur Are You?
- What the Year of the Snake Could Mean for Your Business
- Facing Down Doubters and Empowering Others
- A Glimpse Inside NYC's Startup Scene (Photos)
- Marketing Wizard Seth Godin on Success and Inspiration
- Debunking 5 Common Myths About Sleep

Subscribe to Entrepreneur

Less than $1 an issue

Full Name

Address

City

Select State
Zip Code
Also Available on iPad
Email
Subscribe
International | Gift Subscriptions

## Video

Now Playing
How to Avoid Burnout

Finding Zen in a Hectic City

Bryan Silverman on the Advantages and Disadvantages of Starting Up in College

Jason Lucash on Why Humor Can Be an Entrepreneur's Best Resource

### How to Avoid Burnout

22 hours agoin Productivityby Colleen DeBaise

Business coach Ann Mehl provides tips on figuring out work-life balance as an entrepreneur.

### How to Determine Your Working Capital Needs

20 hours ago in Cash Flow & Money Management by Entrepreneur Staff

Working capital has a direct impact on cash flow in a business. Consider these five common sources of short-term working capital financing.

### 10 Twitter Feeds for a Timely Dose of Inspiration

22 hours ago in Lifestyle by Rocky Vy

If you're seeking a regular diet of inspirational messages, look no further than your Twitter app.

### Defining Your Market in 7 Steps

22 hours ago in Targeting Niche Markets by Entrepreneur Staff

No business can be all things to all customers, especially a small business. Here's how to find a niche to set up your company for success.

### Defining Your Business Goals

Yesterday in Startup Basics by Entrepreneur Staff

When you're just starting up, it's a good idea to set goals for your company and align them with your personal goals as well. Consider this advice for setting goals that are realistic for you.

### Richard Branson on the Importance of Design

Yesterday in Growth Strategies by Richard Branson

Virgin Group's CEO shares why good store design is important to customer satisfaction.

### Incorporating Your Business

Yesterday in Starting a Business by Entrepreneur Staff

When starting your business, it's worth taking the time to think through

From the Entrepreneur Bookstore
twitter
FOR BUSINESS
Ultimate Guide to Twitter For Business
By Ted Prodromou
More Info

YE YOUNG ENTREPRENEUR Subscribe to RSS

4 Ways to Stretch Your Startup Budget as a Student Trep

The Power of Huge Goals — And How to Achieve Them

5 Steps to Getting Your Business Ranked on Yelp

Biggest Mistakes: How JackThreads Overcame Its Growing Pains

Why Over-Optimism Can Crush Your Company

Read more on Young Entrepreneur »

which legal structure will be best for you and your business. Here is some guidance on the basics.

### Karen Mills to Leave the SBA

Yesterday in Leadership by Catherine Clifford

The head of the Small Business Administration announced Monday that she will be leaving her post.

### Should Your Business Go PC-Free?

Yesterday in Office Tech by Polly S. Traylor

Small businesses are starting to replace employee PCs with tablets and smartphones â and they're saving time and money, while helping employees be more customer-responsive.

### Online Microlenders Offer Capital to Young Businesses

Yesterday in Bank Loans and Microloans by Michelle Goodman

An eBay merchant quadruples his revenue with help from an online microlender.

### 15 Billion-Dollar Tech Startups (Photos)

Yesterday in Your Website by Megan Rose Dickey and Nicholas Carlson

You might be surprised at some of the companies that have reached the billion-dollar valuation mark.

### Quirky Startup Perks: 'A Mating Call' for Tech Talent?

Yesterday in Motivation and Retention by Susan Johnston

Between bacon-wrapped cash, winery outings and a year's supply of PBR, startups are rolling out all the stops for top talent.

Load More Stories





Storefront

Business Forms
Tools & Services
Expo

Venture Capital
Web Design Programs
Work At Home

PARTNERS

SOCIAL TOOLS BY

VIDEO PRODUCTION BY

Copyright © 2013 Entrepreneur Media, Inc. All rights reserved.

# EXHIBIT E

08-29-2011
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #5!

## DRAWING PAGE

**Applicant:** the Nashville Entrepreneur Center
105 Broadway
Nashville, TN 37201

**First use:** August 31, 2010 in Class 035

**First use in commerce:** August8 31, 2010 in Class 035

**Goods and/or services:** business development services, namely, providing start-up support for businesses of others; business support services, namely, business consulting to freelancers, start-ups, existing businesses and non-profit organizations; incubation services, namely, providing work space containing business equipment to freelancers, start-ups, existing businesses and non-profits; and management services, namely, on-line business development services, namely, providing start-up support for businesses of others (Intl. Cl. 035)

76708890

**76708890**

TRADEMARK APPLICATION SERIAL NO.---------------------

U.S. DEPARTMENT OF COMMERCE
AND PATENT AND TRADEMARK OFFICE
FEE SHEET

08/29/2011 HPHAM1 00000023 76708890
01 FC:6001 375.00 OP



Registered Patent Attorneys
Mark J. Patterson
I.C. Waddey, Jr.
Edward D. Lanquist, Jr.
Lucian Wayne Beavers
James R. Cartiglia
John F. Triggs
Emily A. Shouse
Phillip E. Walker
Ryan D. Levy
Gary L. Montle
Rebecca M. Barnett
Matthew C. Cox
Shane V. Cortesi
Hilary Dorr Long, Ph. D. **
Paul C. Ney, Jr.*
*Not A Registered Patent Attorney
**Licensed in a State other than Tennessee

Waddey & Patterson P.C.
Intellectual Property Law • Patents • Trademarks • Enforcement

August 26, 2011

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**VIA EXPRESS MAIL**
**EM 571963995 US**

**RE: APPLICATION FOR REGISTRATION OF THE MARK "ENTREPRENEURCENTER"**
**ATTORNEY DOCKET NO.: 004909**

Dear Sir:

Enclosed for filing is the original application by the Nashville Entrepreneur Center for registration of the mark "ENTREPRENEURCENTER." Accompanying the application is a check for the filing fee.

The Commissioner is authorized to credit any overpayment or withdraw any fees due in this Application from Deposit Account No. 23-0035.

Thank you for your cooperation.

Very truly yours,

**WADDEY & PATTERSON**

I.C. Waddey, Jr.
icw@iplawgroup.com

ICW/sjh

Enclosure

Roundabout Plaza • 1600 Division Street • Suite 500 • Nashville, TN 37203
615.242.2400 • Fax: 615.242.2221 • www.iplawgroup.com

INTELLECTUAL PROPERTY LAW

## CERTIFICATE OF EXPRESS MAILING

"EXPRESS MAIL" mailing label number: **EM 571963995 US**

Date of deposit: August 26, 2011

I hereby certify that this application for registration of the mark "ENTREPRENEURCENTER" along with a specimen of use and a check in the amount of $375.00 are being deposited with the United States Postal Service as "Express Mail Post Office to Addressee" under 37 C.F.R. §1.10 on the date indicated above, addressed to:

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

8/26/11
Date

I.C. Waddey, Jr.

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**APPLICATION FOR REGISTRATION OF**

Mark: 

Class: 035

Attorney Docket No.: 004909

Applicant: the Nashville Entrepreneur Center
a corporation organized under the laws of the state of Tennessee

Business Address: 105 Broadway
Nashville, TN 37201

TO THE COMMISSIONER FOR TRADEMARKS

Applicant requests registration of the trademark/service mark shown on the drawing page in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. 1051 et seq., as amended) for the following services:

business development services, namely, providing start-up support for businesses of others; business support services, namely, business consulting to freelancers, start-ups, existing businesses and non-profit organizations; incubation services, namely, providing work space containing business equipment to freelancers, start-ups, existing businesses and non-profits; and management services, namely, on-line business development services, namely, providing start-up support for businesses of others in Intl. Class 035

Applicant is using the mark in commerce on or in connection with the above-identified goods and/or services (15 U.S.C. 1051(a), as amended). A specimen showing the mark as used in commerce is submitted with this application.

The mark was first used in connection with the services in Class 035 on August 31, 2010, and in connection with the services in commerce on August 31, 2010, and is now in use in commerce.

**DECLARATION**

The undersigned being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements and the like may jeopardize the validity of the application or any resulting registration, declares that he is properly authorized to execute this Application on behalf of the applicant; he believes the applicant to be entitled to use such mark in commerce; to the best of his knowledge and belief no other person, firm, corporation, or association has the right to use the above-identified mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods and/or services of such other person, to cause confusion, or to cause mistake, or to deceive; and all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

**THE NASHVILLE ENTREPRENEUR CENTER**

08.12.11
Date

Michael Burcham

**POWER OF ATTORNEY**

Mark: Entrepreneur Center Logo

Applicant: THE NASHVILLE ENTREPRENEUR CENTER

Applicant hereby appoints:

I.C. Waddey, Jr.
Mark J. Patterson
Edward D. Lanquist, Jr.
Lucian Wayne Beavers
James R. Cartiglia
John F. Triggs
Emily A. Shouse
Phillip E. Walker
Paul C. Ney, Jr.
R. Parrish Freeman, Jr.
Ryan D. Levy
Gary L. Montle
Rebecca M. Barnett
Matthew C. Cox
Shane V. Cortesi

to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration. All correspondence should be directed to:

I.C. Waddey, Jr.
Waddey & Patterson, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
(615) 242-2400

THE NASHVILLE ENTREPRENEUR CENTER

08.12.11
Date

Michael Burcham

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

**SACV13- 248 DOC (MLGx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

ENTREPRENEUR MEDIA, INC., a California Corporation

*Plaintiff(s)*

v.

NASHVILLE ENTREPRENEUR CENTER, a Tennessee organization,

*Defendant(s)*

Civil Action No. **SACV13-00248 DOC (MLGx)**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
NASHVILLE ENTREPRENEUR CENTER, a Tennessee organization
105 Broadway
Suite 200
Nashville, TN 37201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mark A. Finkelstein
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 12, 2013

*Signature of Clerk or Deputy Clerk*

OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA
1225

American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________, a person of suitable age and discretion who resides there,
on *(date)* ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________, who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________; or

☐ I returned the summons unexecuted because ______________________; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

American LegalNet, Inc.
www.FormsWorkFlow.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
ENTREPRENEUR MEDIA, INC., a California Corporation

**DEFENDANTS**
NASHVILLE ENTREPRENEUR CENTER, a Tennessee organization

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Mark A. Finkelstein (SBN 173851)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only**
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT: $** ____________

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1114 (Tradmark Infringement) and 15 U.S.C. § 1125 (False Designation of Origin)

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury- Med Malpractice
☐ 365 Personal Injury- Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 22 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R.& Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☒ 840 Trademark

**SOCIAL SECURITY**
☐ 61 HIA(1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW 405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

BY FAX COPY

**FOR OFFICE USE ONLY:** Case Number: SACV13-00248 DOC (MLGx)

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

American LegalNet, Inc. www.FormsWorkflow.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
**If yes, list case number(s):**

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
**If yes, list case number(s):**

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | State of Tennessee |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note:** In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): Mark Finkelstein **Date** February 12, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc. www.FormsWorkflow.com